**To: The Hon. Claudia Wilken**
United States District Court Northern District
San Francisco, CA

From
ROSS S. SHADE
26 Gibson Rd
Woodland CA  95695
530-666-4817

File    No. C 08-2563 *CW*

Re: **Shade vs. Judicial Council et al.**

RESPONSE TO:
REFERRAL FOR
REASSIGNMENT WITH
RECOMMENDATION

**ENCLOSED:  REVISED COMPLAINT AS TO ABOVE.**

FILED
JUN 2 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#1   Plaintiffs now Reply to captioned document dated June 5, 2008 of Chief Magistrate Judge Honorable James Larson.

#2   Plaintiffs note is that as of June 6, 2008 an there is an ORDER REASSIGNING CASE to Judge Hon. Claudia Wilken and hope that this will mean a fresh review of what is a new complaint. .

#3   I have read most of the cases cited by Judge Larson from which I find that based on these cases the California Judicial Council can be sued and Courts can be sued for <u>non-judicial acts</u> that deprive the plaintiff's constitutional rights.

#4   I note from the tone of Judge Larson's assessment of the complaint that there may be some bias / mindset that we all have difficulty recognizing about ourselves.

RESPECTFULLY SUBMITTED    _R Shade_ June 24 2008

ROSS SHADE, Esq.

1