IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSS S. SHADE, et al.,

      Plaintiffs,

  v.

JUDICIAL COUNCIL OF THE STATE OF CALIFORNIA, et al.

      Defendants.
                                 /

No. 08-02563 CW

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE TO REFILING AS PAID COMPLAINT

    On June 5, 2008, Magistrate Judge James Larson issued a Referral for Reassignment with Recommendation; thereafter, the above-captioned case was reassigned to the undersigned District Judge.  Having considered Magistrate Judge Larson's recommendation and Plaintiff's response and Amended Complaint,

    IT IS HEREBY ORDERED that the complaint in above-captioned case is dismissed without prejudice to re-filing as a paid complaint, for the reasons as explained in Magistrate Judge Larson's recommendation.

      7/2/08

Dated _____        _____
                                                  CLAUDIA WILKEN
                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SHADE et al,

    Plaintiff,

v.

JUDICIAL COUNSEL OF THE STATE OF CALIFORNIA et al,

    Defendant.

Case Number: CV08-02563 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mary C. Shade
Ross S. Shade
26 Gibson Road
Woodland, CA 95695

Dated: July 2, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2